# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CASEY DOOLEY, | : No. 31 EM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DISTRICT ATTORNEY OF | : |
| PHILADELPHIA COUNTY, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Process is **GRANTED**, and the Petition for a Writ of Habeas Corpus is **DENIED**.